# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HONEYWELL, CHARLENE E. | U.S. District Court, Middle District of Florida | 6/14/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Suite 1330
Tampa, FL 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (⬛ Family Trust) |
| 2. | Trustee (X) | University of Florida Law Center Association Board of Trustees |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HONEYWELL, CHARLENE E. | 6/14/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Mason Judicial Education Program | May 31, 2015 - June 2, 2015 | Arlington, VA | Attend Ninth Annual Judicial Sumposium on Civil Justice Issues | Travel, meals, lodging |
| 2. | The Florida Bar Association | June 24, 2015 - June 25, 2015 | Boca Raton, FL | Federal Judicial Roundtable Participant | Travel, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HONEYWELL, CHARLENE E. | 6/14/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HONEYWELL, CHARLENE E. | 6/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Account | A | Interest | J | T | | | | | |
| 2. Suncoast Schools Federal Credit Union Account | A | Interest | J | T | | | | | |
| 3. Deferred Compensation #1 (H) | B | Dividend | K | T | | | | | |
| 4. --Voya Fixed Account | | | | | Redeemed (part) | 09/18/15 | J | C | |
| 5. --New Perspective Fd (American Funds) | | | | | Redeemed (part) | 09/18/15 | J | B | |
| 6. --Growth Fd of America (American Funds Growth Fund) | | | | | Redeemed (part) | 09/18/15 | J | C | |
| 7. --Pioneer Fund (Y) | | | | | | | | | |
| 8. --Mrgn Stanley Inst Fd Trst | | | | | Redeemed (part) | 09/18/15 | J | C | |
| 9. --Mrgn Stanley Inst Fd Trst (Y) | | | | | | | | | |
| 10. --J.P. Morgan Mid Growth | | | | | | | | | |
| 11. --Voya U.S. Stock Index Portfolio Inst | | | | | Redeemed (part) | 09/18/15 | J | D | |
| 12. Deferred Compensation #3 (Y) | | | | | | | | | |
| 13. --Nationwide Fixed Account | | | | | | | | | |
| 14. --NW Fund D | | | | | | | | | |
| 15. --NW LgCap Gr | | | | | | | | | |
| 16. --T Rowe Price Grwth Stk Adv | | | | | | | | | |
| 17. IRA (H) | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HONEYWELL, CHARLENE E. | 6/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Delaware Pooled Trust Diversified Income Fund | | | | | | | | | |
| 19. --Europacific Growth Fd | | | | | | | | | |
| 20. --Fidelity Advisor | | | | | | | | | |
| 21. --Fidelity Adv New Insights Fd | | | | | | | | | |
| 22. --Henderson Intl Opptys | | | | | | | | | |
| 23. --Hartford Mut FDS Inc | | | | | | | | | |
| 24. --IVY FDS Inc | | | | | | | | | |
| 25. --PIMCO FDS PAC Invt | | | | | | | | | |
| 26. --PIMCO Real Return Bond | | | | | | | | | |
| 27. --Pioneer Ser Tr III | | | | | | | | | |
| 28. --Royce Fd | | | | | | | | | |
| 29. --Goldman Sachs Dynamic Allocation Fd | | | | | | | | | |
| 30. --Goldman Sachs Square Money Mkt Fd | | | | | | | | | |
| 31. --Pioneer Strategic Income Fd | | | | | | | | | |
| 32. --PIMCO Fds PAC Invt COMMODITY Real Return Strat Fd (Y) | | | | | | | | | |
| 33. --Wells Fargo FDS Trust | | | | | | | | | |
| 34. --Lord Abbett Investment (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HONEYWELL, CHARLENE E. | 6/14/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --Oppenheimer Dev Mkts (Y) | | | | | | | | | |
| 36. --Oppenheimer Intl Bd Fd (Y) | | | | | | | | | |
| 37. --Mainstay Fds Tr (Y) | | | | | | | | | |
| 38. --Invesco Balanced-Risk Allocation (Y) | | | | | | | | | |
| 39. --Credit Suisse High Income Fd (Y) | | | | | | | | | |
| 40. --RS Invt TR Low Duration Bd Fd (Y) | | | | | | | | | |
| 41. --Principal Funds Inc. (Y) | | | | | | | | | |
| 42. --Ishares - Select (Y) | | | | | | | | | |
| 43. Prudential Annuity (Y) | | | | | | | | | |
| 44. Trust #1 ▓▓▓ Family Trust) (H) | A | Interest | M | W | | | | | |
| 45. --Property, Pompano Beach, FL | | | | | | | | | |
| 46. --Bank of America Account | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HONEYWELL, CHARLENE E. | 6/14/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. This report does not contain disclosure of the financial interests of my former spouse, from whom I was living separate and apart in 2015. We dissolved our marriage in 2016.

2. I am a trustee of the Law Center Association of the University of Florida's Levin College of Law. There are no reportable assets in this trust.

3. My son has graduated from college so I no longer have a student tuition agreement.

4. Deferred Compensation #3 was a financial interest of my former spouse.

5. The following comments apply to Section VII:

(a) Pioneer Fund, Number 7, was discontinued as an investment option. The funds were transferred to Voya U.S. Stock Index Portfolio Inst on May 15, 2015.

(b) Morgan Stanley Inst Fd Trst, Number 9, was discontinued as an investment option, after IU redeemed it in part in September. See Number 8. The funds were transferred to J.P. Morgan Mid Growth on December 17, 2015.

(c) The investment options at numbers 31, 33, 34, 35, 36, 37, 38, 39, 40, 41,and 42 are investment options of my former spouse. Thus, they are no longer reportable by me.

| Name of Person Reporting | Date of Report |
|---|---|
| HONEYWELL, CHARLENE E. | 6/14/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHARLENE E. HONEYWELL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544